BESSIE MUTTERPERL, Respondent, v. ALICE M. WHITE and Others, Defendants.

44

LANCELOT M. BERKELEY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.